UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBORAH UVALLES,<br><br>            Plaintiff,<br>    v.<br><br>MICHAEL ASTRUE, Commissioner, Social Security Administration,<br><br>            Defendant. | Case No.: 11-CV-00478-LHK<br><br>ORDER REQUIRING PLAINTIFF TO PROVIDE ADDITIONAL INFORMATION REGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS |

Plaintiff has submitted a request to proceed In Forma Pauperis, along with a declaration providing certain financial information. The Court orders that the Plaintiff provide the following additional information so that it can review Plaintiff's request.

1. State the total amount of pre-tax and post-tax income from spouse's salary
2. State the total amount of any other financial contributions to monthly living expenses (from listed dependant family members, or any other source).
3. State how the attorney representing Plaintiff in this matter is being compensated.

**IT IS SO ORDERED.**

Dated: February 2, 2011

_____
LUCY H. KOH
United States District Judge